**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **VICTORIA VESPICO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:25-cv-00512-JKM** |
| | ) | |
| **ROBYN KASS-GERJI,** | ) | **JUDGE JULIA K. MUNLEY** |
| | ) | |
| **Defendant.** | ) | **ELECTRONICALLY FILED** |

<u>**DECLARATION OF EDWARD J. CANTER IN SUPPORT OF**</u>
<u>**DEFENDANT ROBYN KASS-GERJI'S MOTION TO DISMISS**</u>

I, Edward J. Canter, declare as follows:

1.      I am an attorney at the law firm of Litson PLLC, counsel for Defendant Robyn Kass-Gerji. I submit this declaration in support of Ms. Kass-Gerji's Motion to Dismiss and am familiar with the facts set forth herein.

2.      Attached as Exhibit A is a true and correct copy of a transcript containing excerpts of the Anti-Stalking Order hearing held before the Honorable John McCabe in the Superior Court of the District of Columbia on May 29, 2024.

3.      Attached as Exhibit B is a true and correct copy of a transcript containing excerpts of the Anti-Stalking Order hearing held before the Honorable John McCabe in the Superior Court of the District of Columbia on June 5, 2024.

4.      Attached as Exhibit C is a true and correct copy of the Anti-Stalking Order entered by the Superior Court for the District of Columbia on June 5, 2024.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Dated: May 23, 2025

*/s/ Edward J. Canter*

Edward J. Canter*
Litson PLLC
54 Music Square E, Suite 300
Nashville, Tennessee 37203
Tel: (615) 985-8205

*Counsel for Defendant*
*Robyn Kass-Gerji*

*Pro hac vice application pending