# EXHIBIT C

# AMENDED ANTI-STALKING ORDER
## DOMESTIC VIOLENCE DIVISION

**Case No.** 2024 ASO 000437

☐ Adjudicated Hearing
☐ Consent w/ Admissions
☐ Consent w/o Admissions
☐ Default Order

**SUPERIOR COURT
OF THE DISTRICT OF COLUMBIA
(202) 879-0157**

| **PETITIONER** ☐ Minor | **PETITIONER IDENTIFIERS** |
|---|---|
| **ROBYN KASS-GERJI** | ▨ |
| First Name   Middle   Last Name | Petitioner's Date of Birth |

Other protected person/DOB

**Vs**

**RESPONDENT** ☐ Minor

**RESPONDENT'S IDENTIFIERS**

| Sex | Race | DOB | Height | Weight |
|---|---|---|---|---|
| Female | CAUCASIAN | | | ▨ |
| | | | | |

**VICTORIA VESPICO**
First Name   Middle   Last Name

| Eyes | Hair | PDID#: | |
|---|---|---|---|
| Blue | Blonde | | |
| | | | |

**THE COURT HEREBY FINDS:**

**Respondent's Address
UNKNOWN**

| Driver's License # | State |
|---|---|
| | |

**THE COURT FINDS:**

☐ That it has jurisdiction over the parties and subject matter, and the Respondent has provided reasonable notice and opportunity to be heard. That by a preponderance of the evidence the Respondent stalked Petitioner in violation of D.C. Code §22-3133, with at least one occasion of the course of conduct occurring within 90 days prior to the date of Petitioning. Specifically, the Court finds that Respondent:
  Stalking in March to May 2024 – including a threat made in person on April 13, 2024 and numerous threats to kill Petition and her family members and animals in text messages in March, April, and May 2024

☐ That the Respondent has knowingly and voluntarily waived his/her right to a hearing and admits to:

☐ That it has jurisdiction and that the Respondent has agreed, without admitting to the allegations in the Petition to the entry of this Order.

**THE COURT HEREBY ORDERS** that from 06/05/2024 until 06/04/2026 *( a period not to exceed two years)*

☐ Respondent shall not commit or threaten to commit any criminal offenses against Petitioner or her family or animal(s).

☐ Respondent shall stay at least 100 yards away from Petitioner's ☐ person, ☐ home, ☐ workplace, ☐ vehicle,
    ☐ children's school/da care, ☐ animals: Igloo, Hatrick, Gordon; ☐ Other: Zeth Merritt and Petitioner's Mother Debra Kass-Gerji, ▨ linton, PA

    ☐ Except: If Respondent is participating in a contest or pageant and Petitioner is present, Respondent must stay at least 20 FEET from Petitioner

**Additional terms of this order follow on succeeding pages.**

**WARNING TO RESPONDENT:**
This order shall be enforced by the courts of any state, the District of Columbia, and U.S. Territory, and may be enforced by Tribal Lands (18 U.S.C. § 2265). Crossing state, territorial, or tribal boundaries to violate this order may result in federal

Created April 28, 2021                    1                    DVASO.doc

imprisonment (18 U.S.C. § 2262).  Federal law provides penalties for possessing, transporting, shipping, or receiving any firearm or ammunition.  (18 U.S.C. § 922(g)(8)

### ONLY THE COURT CAN CHANGE THIS ORDER

☒ Respondent shall not contact Petitioner or Zeth Merritt or Debra Kass-Kergi
  ☒ By telephone    ☒ In writing  ☒ By electronic or social media  ☒ In any other manner, either directly or indirectly
  through a third party    ☐ except under the following conditions: _____
  _____

☐ The Metropolitan Police Department shall accompany Respondent/Petitioner to retrieve their personal belongings
  from *(location)*: _____

  On *(date)* _____ at *(time)* _____ ☐ am ☐ pm, and stand by to ensure Petitioner's safety.

☒ Respondent shall refrain from possessing, controlling, harming, threatening to harm, or otherwise dispose of Petitioner's
  animals _____

☐ Respondent shall relinquish possession or use of the following personal property that is owned jointly by the

  parties or by the Petitioner individually: _____

☐ Other: _____
  _____
  _____

If Respondent has a change of address at any time, they must immediately provide the Domestic Violence Clerk's Office of the D.C. Superior Court with their correct, new address.

Created April 28, 2021                                    2                                    DVASO.doc

## DC Law Firearms Warning

**You must relinquish within 24 hours after being served with Anti-Stalking Order (ASO) all firearms that you own or possess to your local law enforcement officials. Failure to do so is a criminal offense under D.C. Code §22-4503 that if convicted, carries a penalty of two (2) to 10 years in prison or a fine of $15,000 or both. For more information about surrendering your firearm, please call (202) 727-4275 (Gun Control/Firearms Registration Unit).**

## Federal Law Firearms Warning

**As a result of this order, it may be unlawful for the respondent to possess or purchase a firearm, including a rifle, pistol, or revolver, or ammunition pursuant to federal law under 18 U.S.C. 922(g)(8). If you have any questions whether these laws make it illegal for you to possess or purchase a firearm, you should consult an attorney.**

**FAILURE TO COMPLY WITH THIS ORDER IS A CRIMINAL OFFENSE AND CARRIES A PENALTY OF 180 DAYS IN JAIL AND/OR A FINE OF $1,000.**

☒ Respondent was served with this order via email with Respondent's consent. Respondent also consents to service by having the Court read the terms of this order to Respondent during a remote hearing.

☐ Respondent failed to appear. A DEFAULT Anti-Stalking Order is issued. The Court finds that there was proper service and notice on the Respondent of the petition, and good cause for the issuance of this order. Respondent **shall** comply with all conditions of this Anti-Stalking Order. The respondent has fourteen (14) days from the service of this order to file a motion to set aside the default judgment. The motion must state 1) the reason for failing to appear at the hearing and 2) any defense to the allegations in the petition or any other reason why the Court should not issue the Order.

**If a motion to extend is filed timely, this Order will remain in effect until the court rules on that motion.**

| | |
|---|---|
| Respondent's Signature | Date |
| _John McCabe_ | June 5, 2024 |
| Judge's Signature | Date          Date |

THIS ORDER IS HEREBY EXTENDED FROM *(today's date):* _____ to _____

| | |
|---|---|
| Judge's/Magistrate Judge's Signature | Date |

## *DIRECTIONS TO LAW ENFORCEMENT OFFICER ENFORCING THIS ORDER*

This Order was issued in accordance with the requirements of the Full Faith and Credit Provisions of the Violence Against Women Act, Title IV, Subtitle B, Chapter 2 of the Violent Crime Control and Law Enforcement Act of 1994, 18 U.S.C. section 2265, and **this Order is valid and enforceable in the District of Columbia and in all other U.S. States, Territories and Tribal Lands.**

**Reporting alleged violations.** If Respondent violates the terms of this Order and there has not been an arrest Petitioner may contact the Clerk of the Court of the county/state in which the violation occurred and complete an affidavit in support of the violation, or the Petitioner may contact the prosecutor's office for assistance in filing an action for civil or criminal contempt.

The prosecutor may decide to file a criminal charge, if warranted by the evidence