IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VICTORIA VESPICO,<br>          **Plaintiff** | : | **No. 3:25cv512** |
| | : | |
| | : | **(Judge Munley)** |
| | : | |
| **v.** | : | |
| | : | |
| ROBYN KASS-GERJI,<br>          **Defendant** | : | |

## ORDER

**AND NOW**, to wit, this __16th__ day of March 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that:

1) Defendant Robyn Kass-Gerji's motion to dismiss, (Doc. 10), is **GRANTED**;

2) Plaintiff Victoria Vespico's complaint, (Doc. 1), is **DISMISSED** with prejudice;

3) Within 21 days, defendant shall file a motion for an immunity determination and fee award under 42 PA. CONS. STAT. §§ 8340.15, 8340.18, brief in support, and attendant exhibits **or** a notice that she is electing to pursue her remedies under 42 PA. CONS. STAT. § 8320.1 in a separate action; and

4) If defendant does not file a motion or notice of election in 21 days, the court will close this case.

BY THE COURT:

———————————————
JUDGE JULIA K. MUNLEY
United States District Court

2