

54 Music Square East, Suite 300
Nashville, TN 37203
(615) 985-8205
admin@litson.co

**Invoice to:**
Ms. Robyn Kass-Gerji
████████████
██████████████████

**Payable To:**
54 Music Square East, Suite 300
Nashville, TN 37203
(615) 985-8205
admin@litson.co

Invoice # 280
Date: 05/18/2025

| Invoice Number | Total |
|---|---|
| 280 | $10,939.12 |
| Subtotal | $10,620.50 |
| Admin Fee | $318.62 |
| **Amount Due** | **$0.00** |

# LITSON˙

54 Music Square East, Suite 300
Nashville, TN 37203
(615) 985-8205
admin@litson.co

Invoice # 280
Date: 05/18/2025

Ms. Robyn Kass-Gerji


## Fed-Civ-Harassment

| Date | Notes | Attorney | Hours | Rate | Total |
|------|-------|----------|-------|------|-------|
| 04/09/2025 | Email correspondence with Ms. Foresman conferring about ██████; Email correspondence with the client regarding ██████; Discuss ██████ with Ally. | AL | 1.00 | $825.00 | $825.00 |
| 04/10/2025 | Drafting ██████; Email correspondence with Alex; Call with client's ██████. | AF | 1.00 | $240.00 | $240.00 |
| 04/10/2025 | Multiple emails with Ally about ██████. | AL | 0.40 | $825.00 | $330.00 |
| 04/11/2025 | Reviewing ██████; Preparing ██████. | AF | 0.60 | $240.00 | $144.00 |
| 04/14/2025 | Email correspondence with Berkeley; Review ██████. | AF | 0.20 | $240.00 | $48.00 |
| 04/14/2025 | Review ██████; Confer with team about ██████. | AL | 0.50 | $825.00 | $412.50 |
| 04/15/2025 | Email correspondence with the client; Phone call with the client to ██████. | AL | 1.30 | $825.00 | $1,072.50 |
| 04/16/2025 | Email to ██████; Emails to defense and DC counsel; Review of ██████; Confer with Alex. | AF | 0.60 | $240.00 | $144.00 |
| 04/16/2025 | Email correspondence with Mr. Armezzani, Ms. Seidlin-Bernstein and Ms. Foresman regarding ██████. | AL | 0.80 | $825.00 | $660.00 |
| 04/17/2025 | Email correspondence with Local Counsel; Email correspondence with codefense counsel. | AF | 0.30 | $240.00 | $72.00 |
| 04/17/2025 | Email correspondence with Mr. Armezzani and Mr. Berry; Phone call with ██████. | AL | 0.90 | $825.00 | $742.50 |
| 04/18/2025 | Confer with Alex on ██████; Email to local counsel; Email to client. | AF | 0.50 | $240.00 | $120.00 |

| Date | Description | TK | Hours | Rate | Total |
|---|---|---|---|---|---|
| 04/18/2025 | Email correspondence with Mr. Armenazzi, Ms. Foresman and the client regarding ▓▓; Phone call with Mr. Berry to ▓▓▓▓. | AL | 1.10 | $825.00 | $907.50 |
| 04/19/2025 | Email correspondence with DC counsel. | AL | 0.20 | $825.00 | $165.00 |
| 04/21/2025 | Call with local counsel and Alex. | AF | 0.30 | $240.00 | $72.00 |
| 04/21/2025 | Phone call with DC lawyer; Email correspondence with DC lawyer; Confer with team about ▓▓▓▓ ▓▓▓▓. | AL | 0.80 | $825.00 | $660.00 |
| 04/22/2025 | Email correspondence with Mr. Berry regarding ▓▓. | AL | 0.20 | $825.00 | $165.00 |
| 04/23/2025 | Preparing ▓▓▓▓; Email correspondence with local counsel; Email correspondence with opposing counsel. | AF | 0.50 | $240.00 | $120.00 |
| 04/23/2025 | Email correspondence regarding ▓▓▓▓ ▓▓▓▓. | AL | 0.70 | $825.00 | $577.50 |
| 04/24/2025 | Email correspondence with team; Review email from DC counsel; Review ▓▓▓▓. | AF | 0.30 | $240.00 | $72.00 |
| 04/24/2025 | Email correspondence from Ms. Friedman with ▓▓▓▓. | AL | 1.00 | $825.00 | $825.00 |
| 04/27/2025 | Email correspondence with JDA counsel. | AL | 0.20 | $825.00 | $165.00 |
| 04/28/2025 | Email correspondence with Alex and other defense counsel; Completing ▓▓▓▓. | AF | 0.70 | $240.00 | $168.00 |
| 04/28/2025 | Review ▓▓▓▓. | SN | 1.20 | $400.00 | $480.00 |
| 04/28/2025 | Confer with Alex regarding ▓▓▓▓. | SN | 0.20 | $400.00 | $80.00 |
| 04/28/2025 | Email about ▓▓▓▓; Email to ▓▓▓▓ ▓▓. | AL | 0.50 | $825.00 | $412.50 |
| 04/29/2025 | Email correspondence with Sloan about ▓▓▓▓. | AF | 0.20 | $240.00 | $48.00 |
| 04/29/2025 | Confer with Ally regarding ▓▓▓▓; Review ▓▓▓▓; Review ▓▓▓▓. | SN | 1.20 | $400.00 | $480.00 |
| 04/29/2025 | Email correspondence with local counsel. | AL | 0.30 | $825.00 | $247.50 |
| 04/30/2025 | Email correspondence with JDA counsel; Confer with Ally. | AL | 0.20 | $825.00 | $165.00 |

| Time Keeper | Hours | Rate | Total |
|---|---|---|---|
| Alex Little | 10.1 | $825.00 | $8,332.50 |
| Sloan Nickel | 2.6 | $400.00 | $1,040.00 |
| Ally Foresman | 5.2 | $240.00 | $1,248.00 |

|  |  |
|---|---|
| **Subtotal** | **$10,620.50** |
| **Admin Fee (3.0%)** | **$318.62** |
| **Total** | **$10,939.12** |
| **Payment (05/18/2025)** | **-$10,939.12** |
| **Balance Owing** | **$0.00** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 280 | 05/18/2025 | $10,939.12 | $10,939.12 | $0.00 |

Please make all amounts payable to Litson PLLC.

Payment is due upon receipt.



54 Music Square East, Suite 300
Nashville, TN 37203
(615) 985-8205
admin@litson.co

**Invoice to:**
Ms. Robyn Kass-Gerji
████████████████
██████████████████████

**Payable To:**
54 Music Square East, Suite 300
Nashville, TN 37203
(615) 985-8205
admin@litson.co

Invoice # 302
Date: 06/16/2025

| Invoice Number | Total |
|---|---|
| 302 | $33,011.00 |
| | Subtotal $33,011.00 |
| | Admin Fee $0.00 |
| | **Amount Due** **$0.00** |

# LITSON˙

54 Music Square East, Suite 300
Nashville, TN 37203
(615) 985-8205
admin@litson.co

Invoice # 302
Date: 06/16/2025

Ms. Robyn Kass-Gerji


## Fed-Civ-Harassment

## Services

| Date | Notes | Attorney | Hours | Rate | Total |
|---|---|---|---|---|---|
| 05/01/2025 | Review of ▮▮▮▮▮▮; Email correspondence with other defense counsel. | AF | 0.40 | $240.00 | $96.00 |
| 05/01/2025 | Email correspondence about ▮▮▮▮▮▮ ▮▮. | AL | 0.80 | $825.00 | $660.00 |
| 05/02/2025 | Email correspondence with local counsel about ▮▮▮▮. | AL | 0.20 | $825.00 | $165.00 |
| 05/02/2025 | Reviewed ▮▮▮▮ and began conducting research on ▮▮▮▮. | TC | 0.50 | $650.00 | $325.00 |
| 05/03/2025 | Researched ▮▮▮▮ case law ▮▮▮▮. | TC | 0.20 | $650.00 | $130.00 |
| 05/07/2025 | Reviewed ▮▮▮ and began outlining ▮▮▮ ▮▮; conducted related legal research. | TC | 2.30 | $650.00 | $1,495.00 |
| 05/08/2025 | Drafting ▮▮▮▮▮; Email correspondence with team about ▮▮. | AF | 0.50 | $240.00 | $120.00 |
| 05/09/2025 | Email correspondence with local counsel about ▮▮▮ ▮▮; Confer with Ted. | AL | 0.50 | $825.00 | $412.50 |
| 05/12/2025 | Telephone call with M. Berry at Ballard Spahr to discuss ▮▮▮▮; Emailed with A. Little and S. Nickel regarding ▮▮; Identified ▮▮▮ and emailed with A. Little and S. Nicke regarding ▮▮▮; Researched and outlined ▮▮▮. | TC | 4.50 | $650.00 | $2,925.00 |

| Date | Description | Initials | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05/12/2025 | Email correspondence with team about ▮ and preparing for ▮; Discuss ▮. | AL | 0.60 | $825.00 | $495.00 |
| 05/13/2025 | Outlined ▮; Reviewed ▮ | TC | 2.10 | $650.00 | $1,365.00 |
| 05/13/2025 | Email correspondence with team about ▮; Email with local counsel; Confer about ▮. | AL | 0.60 | $825.00 | $495.00 |
| 05/14/2025 | Drafting email to opposing counsel regarding ▮; Telephone call to opposing counsel regarding ▮; Reviewed ▮; Legal research regarding ▮ | TC | 3.30 | $650.00 | $2,145.00 |
| 05/14/2025 | Email correspondence with team regarding ▮; Confer with Ted. | AL | 0.40 | $825.00 | $330.00 |
| 05/16/2025 | Telephone call with ▮; Drafted email regarding ▮; Discussed ▮ with A. Little and S. Nickel; reviewed email from ▮. | TC | 3.10 | $650.00 | $2,015.00 |
| 05/16/2025 | Confer with Ted about ▮; Review and revise ▮; Email with local counsel. | AL | 0.70 | $825.00 | $577.50 |
| 05/20/2025 | Drafted and revise ▮. | TC | 7.40 | $650.00 | $4,810.00 |
| 05/20/2025 | Call with Ted about ▮. | AF | 0.20 | $240.00 | $48.00 |
| 05/20/2025 | Email correspondence with Mr. Armezzani and Ted regarding ▮. | AL | 0.40 | $825.00 | $330.00 |
| 05/21/2025 | Drafted and revise ▮. | TC | 11.70 | $650.00 | $7,605.00 |
| 05/21/2025 | Reviewing ▮; Preparing and filing ▮. | AF | 1.00 | $240.00 | $240.00 |
| 05/22/2025 | Review draft ▮. | SN | 0.60 | $400.00 | $240.00 |
| 05/22/2025 | Edited ▮; Telephone call with local counsel regarding ▮; Drafted ▮; Edited ▮. | TC | 3.40 | $650.00 | $2,210.00 |
| 05/22/2025 | Email correspondence with team; Email correspondence with local counsel; Review and revise ▮. | AL | 1.20 | $825.00 | $990.00 |
| 05/23/2025 | Edited ▮; Edited and redacted ▮; Coordinated filing with local counsel; Telephone call with H. Friedman regarding ▮. | TC | 1.50 | $650.00 | $975.00 |
| 05/23/2025 | Finalizing and filing ▮. | AF | 0.30 | $240.00 | $72.00 |
| 05/23/2025 | Email correspondence with team members; Confer about | AL | 1.00 | $825.00 | $825.00 |

| Date | | | | | | |
|------|---|---|---|---|---|---|
| | ; Review and revise ███. | | | | | |
| 05/30/2025 | Email correspondence to team members regarding ███ ███. | AL | 0.20 | $825.00 | $165.00 | |

| | | Services Subtotal | $32,261.00 |
|---|---|---|---|

## Expenses

| Date | Notes | Quantity | Rate | Total |
|------|-------|----------|------|-------|
| 05/31/2025 | Admin Fee | 1.00 | $750.00 | $750.00 |
| | | Expenses Subtotal | | $750.00 |

| Time Keeper | Hours | Rate | Total |
|-------------|-------|------|-------|
| Ted Canter | 40.0 | $650.00 | $26,000.00 |
| Alex Little | 6.6 | $825.00 | $5,445.00 |
| Sloan Nickel | 0.6 | $400.00 | $240.00 |
| Ally Foresman | 2.4 | $240.00 | $576.00 |

| | | |
|---|---|---|
| Subtotal | $33,011.00 |
| Total | $33,011.00 |
| Payment (06/16/2025) | -$33,011.00 |
| Balance Owing | $0.00 |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|----------------|--------|------------|-------------------|-------------|
| 302 | 06/16/2025 | $33,011.00 | $33,011.00 | $0.00 |

Please make all amounts payable to Litson PLLC.

Payment is due upon receipt.



54 Music Square East, Suite 300
Nashville, TN 37203
(615) 985-8205
admin@litson.co

**Invoice to:**
Ms. Robyn Kass-Gerji
███████████
██████████████

**Payable To:**
54 Music Square East, Suite 300
Nashville, TN 37203
(615) 985-8205
admin@litson.co

Invoice # 344
Date: 07/20/2025

| Invoice Number | Total |
| --- | --- |
| 344 | $12,666.94 |
| | Subtotal $12,298.00 |
| | Admin Fee $368.94 |
| | **Amount Due** **$0.00** |

# LITSON·

54 Music Square East, Suite 300
Nashville, TN 37203
(615) 985-8205
admin@litson.co

Invoice # 344
Date: 07/20/2025

Ms. Robyn Kass-Gerji
███████████████████

## Fed-Civ-Harassment

| Date | Notes | Attorney | Hours | Rate | Total |
|---|---|---|---|---|---|
| 06/02/2025 | Edited ████████████████████████ ███. | TC | 1.80 | $650.00 | $1,170.00 |
| 06/02/2025 | Review ████; Confer with Ted. | AL | 0.60 | $825.00 | $495.00 |
| 06/03/2025 | Review ████████. | SN | 0.50 | $400.00 | $200.00 |
| 06/03/2025 | Email correspondence with the client, Mr. Canter, and opposing counsel regarding the case. | AL | 0.50 | $825.00 | $412.50 |
| 06/04/2025 | Call to clerk's office about Pro Hac Vice. | AF | 0.20 | $240.00 | $48.00 |
| 06/04/2025 | Email correspondence with Ted about ████; Review and revise ██████. | AL | 1.20 | $825.00 | $990.00 |
| 06/05/2025 | Edited and finalized ██████████ ███. | TC | 4.00 | $650.00 | $2,600.00 |
| 06/17/2025 | Reviewed email from opposing counsel regarding page length; reviewed motion from opposing counsel regarding length of brief; email with client regarding ███ ███. | TC | 0.10 | $650.00 | $65.00 |
| 06/17/2025 | Email correspondence with the client and Mr. Canter about ████. | AL | 0.40 | $825.00 | $330.00 |
| 06/18/2025 | Email correspondence with Mr. Canter regarding ███ ███; Discuss ██████; Review ██████. | AL | 0.50 | $825.00 | $412.50 |
| 06/19/2025 | Reviewed email from ██████████; discussed email with A. Little; drafted proposed response to ███; emailed ███████; reviewed ████████ ███. | TC | 1.60 | $650.00 | $1,040.00 |
| 06/19/2025 | Email correspondence with Mr. Canter about ████ | AL | 0.40 | $825.00 | $330.00 |

| Date | Description | | Hours | Rate | Total |
|---|---|---|---|---|---|
| | ███. | | | | |
| 06/20/2025 | Reviewed ███. | TC | 0.10 | $650.00 | $65.00 |
| 06/21/2025 | Email correspondence with client and Ted about ███. | AL | 0.40 | $825.00 | $330.00 |
| 06/23/2025 | Email correspondence with Mr. Canter regarding ███ ███. | AL | 0.20 | $825.00 | $165.00 |
| 06/27/2025 | Telephone call with local counsel about ███. | TC | 0.30 | $650.00 | $195.00 |
| 06/27/2025 | Email correspondence from ███ regarding ███. | AL | 0.20 | $825.00 | $165.00 |
| 06/28/2025 | Email correspondence with client. | AL | 0.20 | $825.00 | $165.00 |
| 06/29/2025 | Began drafting ███. | TC | 4.80 | $650.00 | $3,120.00 |

| Time Keeper | Hours | Rate | Total |
|---|---|---|---|
| Ted Canter | 12.7 | $650.00 | $8,255.00 |
| Alex Little | 4.6 | $825.00 | $3,795.00 |
| Sloan Nickel | 0.5 | $400.00 | $200.00 |
| Ally Foresman | 0.2 | $240.00 | $48.00 |

| | |
|---|---|
| Subtotal | $12,298.00 |
| Admin Fee (3.0%) | $368.94 |
| Total | $12,666.94 |
| Payment (07/21/2025) | -$12,666.94 |
| Balance Owing | $0.00 |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 344 | 07/20/2025 | $12,666.94 | $12,666.94 | $0.00 |

Please make all amounts payable to Litson PLLC.

Payment is due upon receipt.



54 Music Square East, Suite 300
Nashville, TN 37203
(615) 985-8205
admin@litson.co

**Invoice to:**
Ms. Robyn Kass-Gerji
<span style="background:black">              </span>
<span style="background:black">                   </span>

**Payable To:**
54 Music Square East, Suite 300
Nashville, TN 37203
(615) 985-8205
admin@litson.co

Invoice # 377
Date: 08/25/2025

| Invoice Number | Total |
|---|---|
| 377 | $10,619.30 |
| | Subtotal $10,310.00 |
| | Admin Fee $309.30 |
| | **Amount Due** **$0.00** |

# LITSON˙

54 Music Square East, Suite 300
Nashville, TN 37203
(615) 985-8205
admin@litson.co

Invoice # 377
Date: 08/25/2025

Ms. Robyn Kass-Gerji


## Fed-Civ-Harassment

### Services

| Date | Notes | Attorney | Hours | Rate | Total |
|---|---|---|---|---|---|
| 07/02/2025 | Drafted ███████ and conducted related legal research. | TC | 5.40 | $650.00 | $3,510.00 |
| 07/03/2025 | Drafted and edited ███████; related correspondence with A. Little, S. Nickel, and local counsel; related correspondence with client. | TC | 7.10 | $650.00 | $4,615.00 |
| 07/03/2025 | Email correspondence with Mr. Canter and client about ███████. | AL | 0.50 | $825.00 | $412.50 |
| 07/11/2025 | Email correspondence with client. | AL | 0.30 | $825.00 | $247.50 |
| 07/12/2025 | Email correspondence from the client regarding ███████. | AL | 0.20 | $825.00 | $165.00 |
| 07/13/2025 | Emails with client regarding ███████. | TC | 0.40 | $650.00 | $260.00 |
| 07/13/2025 | Email correspondence with client to ███████; Confer with Ted about ███████. | AL | 0.60 | $825.00 | $495.00 |

| | | | | Services Subtotal | $9,705.00 |
|---|---|---|---|---|---|

### Expenses

| Date | Notes | Quantity | Rate | Total |
|---|---|---|---|---|
| 02/07/2025 | Courts/USDC Filing Fee | 1.00 | $605.00 | $605.00 |

| | | | Expenses Subtotal | $605.00 |
|---|---|---|---|---|

| Time Keeper | Hours | Rate | Total |
|---|---|---|---|
| Ted Canter | 12.9 | $650.00 | $8,385.00 |
| Alex Little | 1.6 | $825.00 | $1,320.00 |

| | |
|---|---|
| **Subtotal** | **$10,310.00** |
| **Admin Fee (3.0%)** | **$309.30** |
| **Total** | **$10,619.30** |
| **Payment (08/25/2025)** | **-$8,577.64** |
| **Payment (01/05/2026)** | **-$2,041.66** |
| **Balance Owing** | **$0.00** |

## Online Payment History

| Date | Method | Description | Status | Amount |
|---|---|---|---|---|
| 01/05/2026 | Robyn Kassgerji<br>eCheck ending in 8964 | Linked payment for Robyn Kass-Gerji | Completed | $2,041.66 |
| | | | **Total Payments** | **$2,041.66** |

## Detailed Statement of Account

### Current Invoice

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 377 | 08/25/2025 | $10,619.30 | $10,619.30 | $0.00 |

Please make all amounts payable to Litson PLLC.

Payment is due upon receipt.