

# INVOICE

Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, Pennsylvania 18503

| | |
|---|---|
| Invoice #: | 58238 |
| Date: | 06-04-2025 |

Robyn Kass-Gerji
███████████
████████████████

Matter Number: ███████ - Robyn Kass-Gerji-Victoria Vespico Defamation

## Services

| Date | Name | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 04-16-25 | RLA | Email to/from A. Little re ███████. | 0.10 | 300.00 | $30.00 |
| 04-16-25 | RLA | Reviewed/analyzed ████████. | 1.30 | 300.00 | $390.00 |
| 04-16-25 | RLA | Emails to/from A. Little re ███████. | 0.10 | 300.00 | $30.00 |
| 04-17-25 | RLA | Conference with A. Little re ████████████. | 0.10 | 300.00 | $30.00 |
| 04-23-25 | RLA | Email to/from A. Foresman re ███████████ ████. | 0.10 | 300.00 | $30.00 |
| 04-25-25 | CAK | F/U with RLA re: ██████████; docket deadlines; Review ███████████ ████████. | 0.50 | 150.00 | $75.00 |
| 04-28-25 | RLA | Emails to/from A. Foresman re ███████ ████████. | 0.10 | 300.00 | $30.00 |

Services Subtotal: $615.00

## Expenses

| Date | | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 04-30-25 | | April 2025 Duplicating | 157.00 | 0.10 | $15.70 |

Expenses Subtotal: $15.70

| Date | Payment Method | No | Amount |
|------|----------------|-----|--------|
| 07-02-25 | Wire Transfer | 07022025 | $630.70 |

| | |
|---|---|
| Subtotal | $630.70 |
| Total New Charges | $630.70 |
| Payment applied to this invoice | $630.70 |
| Net Invoice | $0.00 |

Statement Account Summary

| Previous Balance | | New Charges | | Payments Received | | Total Amount Outstanding |
|---|---|---|---|---|---|---|
| $0.00 | + | $630.70 | - | $630.70 | = | $0.00 |

Timekeeper Summary

| Name | Initials | Hours | Rate | Total |
|------|----------|-------|------|-------|
| Carol A. Kelleher | CAK | 0.50 | 150.00 | $75.00 |
| Richard L. Armezzani | RLA | 1.80 | 300.00 | $540.00 |

Please make all amounts payable to:
Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503

EIN: 23-2794249
Phone: (570) 342-6100



# INVOICE

Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, Pennsylvania 18503

| | |
|---|---|
| Invoice #: | 58766 |
| Date: | 06-27-2025 |

Robyn Kass-Gerji

███████████
████████████████

Matter Number: ████████ - Robyn Kass-Gerji-Victoria Vespico Defamation

Services

| Date | Name | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 05-09-25 | RLA | Reviewed ████; email to A. Little re ████ ██████████████ | 0.10 | 300.00 | $30.00 |
| 05-13-25 | RLA | Emails to/from A. Little re ██████. | 0.10 | 300.00 | $30.00 |
| 05-20-25 | RLA | Conference with T. Canter re ███. | 0.30 | 300.00 | $90.00 |
| 05-20-25 | RLA | Email to T. Canter re ████████, ███ ████████. | 0.20 | 300.00 | $60.00 |
| 05-20-25 | RLA | Emails to/from T. Canter re ████. | 0.10 | 300.00 | $30.00 |
| 05-22-25 | RLA | Conference with T. Canter re ████, ████████. | 0.30 | 300.00 | $90.00 |
| 05-22-25 | RLA | Reviewed/edited ██████████████. | 1.90 | 300.00 | $570.00 |
| 05-22-25 | RLA | Emails to/from T. Canter re ███████. | 0.10 | 300.00 | $30.00 |
| 05-23-25 | TAB | Draft ████████. | 0.40 | 150.00 | $60.00 |
| 05-23-25 | RLA | Reviewed/finalized ███. | 0.10 | 300.00 | $30.00 |

| Date | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-23-25 | RLA | Reviewed/edited/finalized ███ ██████, ███████, ████. | 1.10 | 300.00 | $330.00 |
| 05-23-25 | RLA | Conference with T. Canter re ███. | 0.20 | 300.00 | $60.00 |
| 05-23-25 | RLA | Emails to/from T. Canter re ████████ ███. | 0.10 | 300.00 | $30.00 |
| 05-23-25 | CJC | Edit, prepare, and file ███████ ██████. | 1.00 | 150.00 | $150.00 |
| 05-23-25 | TAB | Finalize ████████. | 0.50 | 150.00 | $75.00 |

Services Subtotal: $1,665.00

Expenses

| Date | | Description | | | Amount |
|---|---|---|---|---|---|
| 05-31-25 | | May 2025 Duplicating | 15.00 | 0.10 | $1.50 |
| 05-31-25 | | May 2025 Pacer Fees | 81.00 | 0.10 | $8.10 |

Expenses Subtotal: $9.60

| Date | Payment Method | No | Amount |
|---|---|---|---|
| 07-02-25 | Wire Transfer | 07022025 | $1,674.60 |

| | |
|---|---|
| Subtotal | $1,674.60 |
| Total New Charges | $1,674.60 |
| Payment applied to this invoice | $1,674.60 |
| Net Invoice | $0.00 |

Statement Account Summary

| Previous Balance | | New Charges | | Payments Received | | Total Amount Outstanding |
|---|---|---|---|---|---|---|
| $630.70 | + | $1,674.60 | - | $2,305.30 | = | **$0.00** |

Timekeeper Summary

| Name | Initials | Hours | Rate | Total |
|------|----------|-------|------|-------|
| Chris J. Cheng | CJC | 1.00 | 150.00 | $150.00 |
| Richard L. Armezzani | RLA | 4.60 | 300.00 | $1,380.00 |
| Tracy A. Burke | TAB | 0.90 | 150.00 | $135.00 |

Please make all amounts payable to:
Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503

EIN: 23-2794249
Phone: (570) 342-6100



# INVOICE

Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, Pennsylvania 18503

|  |  |
|---|---|
| Invoice #: | 59481 |
| Date: | 07-28-2025 |

Robyn Kass-Gerji
███████████
███████████████

Matter Number: ████████ - Robyn Kass-Gerji-Victoria Vespico Defamation

Services

| Date | Name | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| 06-04-25 | RLA | Emails to/from T. Canter re ████████████. | 0.10 | 300.00 | $30.00 |
| 06-05-25 | TAB | Review/proof/redline ████████████. | 1.10 | 150.00 | $165.00 |
| 06-05-25 | RLA | Conference with TAB re ████████████████. | 0.20 | 300.00 | $60.00 |
| 06-05-25 | RLA | Reviewed/finalized █████████████. | 0.50 | 300.00 | $150.00 |
| 06-05-25 | RLA | Emails to/from T. Canter re ████████████. | 0.10 | 300.00 | $30.00 |
| 06-13-25 | TAB | Updated pleadings with ████, ████████. | 0.30 | 150.00 | $45.00 |
| 06-16-25 | RLA | Email from opposing counsel re MOTION to Exceed Page Limitation by Victoria Vespico. | 0.10 | 300.00 | $30.00 |
| 06-16-25 | RLA | Emails to/from T. Canter re ████████████████████████████████. | 0.10 | 300.00 | $30.00 |
| 06-17-25 | RLA | Reviewed ████████████████████. | 0.10 | 300.00 | $30.00 |
| 06-17-25 | RLA | Finalized ████████████████████; ████████████. | 0.30 | 300.00 | $90.00 |

| Date | | Description | | Qty | Rate | Amount |
|------|------|-------------|------|------|------|--------|
| 06-17-25 | TAB | Obtained ███████████████████████. | | 0.10 | 150.00 | $15.00 |
| 06-18-25 | TAB | Draft ████████████████████████ ██████ and email to RLA for ███████. | | 0.30 | 150.00 | $45.00 |
| 06-18-25 | TAB | Make RLA edits/finalize and file ████████████ - ██████████████████. | | 0.40 | 150.00 | $60.00 |
| 06-18-25 | TAB | Retrieved ████████████████████ and updated pleadings. | | 0.20 | 150.00 | $30.00 |
| 06-20-25 | TAB | Obtain ██████████████████, save to file, circulate to RLA, update pleadings. | | 0.40 | 150.00 | $60.00 |

Services Subtotal: $870.00

Expenses

| Date | | Description | Qty | Rate | Amount |
|------|------|-------------|------|------|--------|
| 06-30-25 | | June 2025 Duplicating | 58.00 | 0.10 | $5.80 |

Expenses Subtotal: $5.80

| Date | Payment Method | No | Amount |
|------|----------------|-----|--------|
| 11-11-25 | Check | 1227743 | $875.80 |

| | |
|---|---|
| Subtotal | $875.80 |
| Total New Charges | $875.80 |
| Payment applied to this invoice | $875.80 |
| Net Invoice | $0.00 |

Statement Account Summary

| Previous Balance | | New Charges | | Payments Received | | Total Amount Outstanding |
|------------------|---|-------------|---|-------------------|---|--------------------------|
| $2,305.30 | + | $875.80 | - | $3,181.10 | = | $0.00 |

Page: 3

Timekeeper Summary

| Name | Initials | Hours | Rate | Total |
|------|----------|-------|------|-------|
| Richard L. Armezzani | RLA | 1.50 | 300.00 | $450.00 |
| Tracy A. Burke | TAB | 2.80 | 150.00 | $420.00 |

Please make all amounts payable to:
Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503

EIN: 23-2794249
Phone: (570) 342-6100



# INVOICE

Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, Pennsylvania 18503

| | |
|---|---|
| Invoice #: | 60232 |
| Date: | 08-29-2025 |

Robyn Kass-Gerji

███████████
███████████████████

Matter Number: ███████ - Robyn Kass-Gerji-Victoria Vespico Defamation

You have $7,500.00 in escrow which will be held until our final invoice.

Thank you for your confidence in our work and our commitment to serving you. If you have any questions concerning this or any other matter, please call me.

## Services

| Date | Name | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| 07-02-25 | RLA | Emails to/from T. Canter re ██████████ ████████. | 0.10 | 300.00 | $30.00 |
| 07-02-25 | RLA | Conference with T. Canter re ███████ ██████████. | 0.20 | 300.00 | $60.00 |
| 07-02-25 | RLA | Reviewed/analyzed ████████████ ███████. | 0.70 | 300.00 | $210.00 |
| 07-03-25 | RLA | Conference with T. Canter re ████████ ████████. | 0.20 | 300.00 | $60.00 |
| 07-03-25 | RLA | Revised/edited █████████████ ███. | 2.00 | 300.00 | $600.00 |
| 07-08-25 | TAB | Obtained filed Reply Brief from docket and updated pleadings accordingly. Saved to file. | 0.20 | 150.00 | $30.00 |

Services Subtotal: $990.00

## Expenses

| 07-02-25 | Wire Transfer Fee Paid | | 1.00 | 15.00 | $15.00 |
|---|---|---|---|---|---|

Expenses Subtotal: $15.00

| Date | Payment Method | No | Amount |
|---|---|---|---|
| 11-11-25 | Check | 1227743 | $1,005.00 |

| | |
|---|---|
| Subtotal | $1,005.00 |
| Total New Charges | $1,005.00 |
| Payment applied to this invoice | $1,005.00 |
| Net Invoice | $0.00 |

Statement Account Summary

| Previous Balance | | New Charges | | Payments Received | | Total Amount Outstanding |
|---|---|---|---|---|---|---|
| $875.80 | + | $1,005.00 | - | $1,880.80 | = | $0.00 |

Timekeeper Summary

| Name | Initials | Hours | Rate | Total |
|---|---|---|---|---|
| Richard L. Armezzani | RLA | 3.20 | 300.00 | $960.00 |
| Tracy A. Burke | TAB | 0.20 | 150.00 | $30.00 |

Please make all amounts payable to:
Myers, Brier & Kelly, LLP
425 Biden Street, Suite 200
Scranton, PA 18503

EIN: 23-2794249
Phone: (570) 342-6100